UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CARL DRAKE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:21-cv-2773 |
| ) | |
| SMC CORPORATION OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF REMOVAL

Defendant, SMC Corporation of America ("SMC"), by counsel, pursuant to 28 U.S.C. §§ 1441 and 1446, notices the removal of an action from the Superior Court of Hamilton County, Indiana to this Court for trial and determination and as grounds therefor states as follows:

1. Plaintiff, Carl Drake ("Plaintiff"), initiated this action on September 30, 2021, by filing a complaint captioned *Carl Drake v. SMC Corporation of America,* Cause No. 29D01-2109-PL-007044 (the "Action"), in the Superior Court of Hamilton County, Indiana. The complaint and summons were served on SMC on October 18, 2021, by certified mail. True and accurate copies of the state court docket sheet, all pleadings, motions, and orders, and all other filings in the Action are attached hereto as Exhibit A.

2. Plaintiff's complaint alleges violations of the Americans with Disabilities Act of 1990, as amended, 42 U.S.C. § 12101, *et seq.* ("ADA") and the Family and Medical Leave Act, 29 U.S.C. § 2601, *et seq.* ("FMLA").

3. Under 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." Because Plaintiff's claims under the ADA and FMLA

constitute a civil action arising under the laws of the United States over which the district courts have original jurisdiction (*see* 28 U.S.C. § 1331), this cause may be removed to this Court by SMC pursuant to 28 U.S.C. § 1441(c).

4. The Southern District of Indiana is the judicial district embracing the place where the state court case was brought and is pending (*see* 28 U.S.C. § 94(b)), and is thus the proper district court to which this case should be removed. *See* 28 U.S.C. § 1446(a).

5. Pursuant to 28 U.S.C. § 1446(b), this removal is timely because not more than 30 days have elapsed since Plaintiff served SMC with the summons and complaint.

6. Written notice of the filing of this notice of removal of civil action will be given to Plaintiff as required by law.

7. A true and accurate copy of this notice of removal of civil action will be filed with the Clerk of the Superior Court of Hamilton County, Indiana, as required by law.

                                      Respectfully submitted,

/s/ *Philip R. Zimmerly*
David L. Swider (#517-49)
Philip R. Zimmerly (#30217-06)

BOSE McKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN 46204
(317) 684-5000; (317) 684-5173 Fax
dswider@boselaw.com
pzimmerly@boselaw.com

*Attorneys for Defendant,*
*SMC Corporation of America*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2021, a copy of the foregoing "Notice of Removal" was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

        John H. Haskin, Esq.
        Paul A. Logan, Esq.
        John H. Haskin & Associates
        255 North Alabama Street, 2nd Floor
        Indianapolis, IN  46204
        jhaskin@jhaskinlaw.com
        plogan@jhaskinlaw.com

                            /s/ *Philip R. Zimmerly*
                            Philip R. Zimmerly

4229639