This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## Carl Drake v. SMC Corporation of America

| | |
|---|---|
| Case Number | 29D01-2109-PL-007044 |
| Court | Hamilton Superior Court 1 |
| Type | PL - Civil Plenary |
| Filed | 09/30/2021 |
| Status | 09/30/2021 , Pending  (active) |

## Parties to the Case

Defendant   SMC Corporation of America

Address
c/o CT Corporation System
334 North Senate Ave.
Indianapolis, IN 46204

Attorney
David Lee Swider
*#51749, Lead, Retained*

BOSE McKINNEY & EVANS LLP
111 Monument Circle
Suite 2700
Indianapolis, IN 46204
317-684-5000(W)

Attorney
Philip Richard Zimmerly
*#3021706, Retained*

Bose McKinney & Evans LLP
111 Monument Circle, Suite 2700
Indianapolis, IN 46204
317-684-5000(W)

Plaintiff     Drake, Carl

Attorney
John H Haskin
*#757649, Lead, Retained*

255 North Alabama Street, STE 200
Indianapolis, IN 46204-0000
317-955-9500(W)

Attorney
Paul A. Logan
*#1766102, Retained*

955 N Alabama ST
FL 2
Indianapolis, IN 46204
317-955-9500(W)

## Chronological Case Summary

| 09/30/2021 | **Case Opened as a New Filing** |

---

**09/30/2021**   **Complaint/Equivalent Pleading Filed**

Complaint

| Filed By: | Drake, Carl |
| File Stamp: | 09/30/2021 |

---

**09/30/2021**   **Appearance Filed**

Appearance

| For Party: | Drake, Carl |
| File Stamp: | 09/30/2021 |

---

**09/30/2021**   **Subpoena/Summons Filed**

Summons

| Filed By: | Drake, Carl |
| File Stamp: | 09/30/2021 |

---

**10/14/2021**   **Subpoena/Summons Filed**

Alias Summons filed. js

| Filed By: | Drake, Carl |
| File Stamp: | 10/14/2021 |

---

**10/27/2021**   **Service Returned Served (E-Filing)**

Return of Service filed. ss

| Filed By: | Drake, Carl |
| File Stamp: | 10/27/2021 |

---

**11/01/2021**   **Appearance Filed**

Appearance by David L. Swider and Philip R. Zimmerly for Defendant Filed. ew

| For Party: | SMC Corporation of America |
| File Stamp: | 11/01/2021 |

## Financial Information

\* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

**Drake, Carl**

Plaintiff

**Balance Due** (as of 11/01/2021)

**0.00**

### Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

### Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 09/30/2021 | Transaction Assessment | 157.00 |
| 09/30/2021 | Electronic Payment | (157.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

| STATE OF INDIANA | ) | HAMILTON COUNTY SUPERIOR COURT |
|---|---|---|
| | )SS: | CIVIL DIVISION |
| COUNTY OF HAMILTON | ) | CAUSE NO: |

| | |
|---|---|
| CARL DRAKE, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CASE NO: |
| | ) |
| SMC CORPORATION OF AMERICA, | ) |
| | ) |
| **Defendant.** | ) |

## COMPLAINT AND DEMAND FOR JURY TRIAL

1.      Plaintiff, Carl Drake, brings this action against Defendant, SMC Corporation of America, for unlawfully violating his rights protected by the Americans with Disabilities Act ("ADA"), as amended, 42 U.S.C. § 12101 et seq., the Family and Medical Leave Act ("FMLA"), 29 U.S.C. § 2601 et seq., and Indiana Law.

2.      Defendant SMC Corporation of America ("SMC") is a corporation that does business within Indiana.

3.      Drake was an "eligible employee" under the ADA, 42 U.S.C. § 12111(4) and the FMLA, 29 U.S.C. § 2611(2)(a).

4.      Since January 1, 2019, Defendant has employed 50 or more employees within a 75-mile radius of the location where Drake worked.

5.      Drake worked 1,250 or more hours in the 12-month period preceding September 20, 2019.

6.      Drake is a qualified individual with a disability as that term is defined by the ADA, 42 U.S.C. § 12102(A) and 12111(8).

7.     SMC is an "employer" as that term is defined by the ADA, 42 U.S.C. § 12111(5)(A) and the FMLA, 29 U.S.C. § 2611(4)(a).

8.     Drake exhausted his administrative remedies by filing a charge numbered 470-2020-01005 with the U.S. Equal Employment Opportunity Commission against SMC and receiving the appropriate notice of suit rights.  Drake files the instant matter within ninety (90) days of receipt of said notice.

9.     All of the events, transactions, and occurrences pertinent to this lawsuit have occurred in Hamilton County, Indiana.  Therefore, venue is proper in this Court pursuant to Indiana Trial Rule 75.

## FACTUAL ALLEGATIONS

10.     Drake was employed by Respondent, SMC, beginning on or about March 24, 2010.

11.     Drake's work performance met or exceeded the Respondent's legitimate expectations at all relevant times.

12.     In 2016, Drake requested and received intermittent FMLA to care for his wife.

13.     In or about late August or early September, 2019, Drake was diagnosed with a serious health condition and disability.

14.     Thereafter, on or about September 4, 2019, Drake informed Defendant's human resources representative that he had a serious medical condition and disability for which he would need to take leave for surgery, and in answer to her question, stated that he believed it to be a work related injury.

15.     Defendant's human resources representative told Drake that it was too late for him to file a claim for worker's compensation benefits.

2

16.     Drake's requested reasonable accommodations for his disability, including time off to seek medical treatment.

17.     Drake' requests constitute protected activity under the ADA and the FMLA.

18.     Drake suffers from a physical impairment which substantially limits one or more of his major life activities, including but not limited to lifting, and affects his musculo-skeletal function.

19.     Drake's impairment is not transitory or minor, and has lasted longer than six months.

20.     Drake is a qualified individual with a disability, is regarded as disabled by Defendants, and/or has a record of a disability.

21.     Defendant denied Drake' request for reasonable accommodation.

22.     On October 2, 2019, Defendant terminated Drake, purportedly for failing to report his injury and impairment on the day he incurred it.

23.     Drake could not have reported the condition he was diagnosed with before he received the diagnosis.

24.     Defendant discriminated against Drake due to his disability and/or retaliated against Drake for his request for accommodation, FMLA leave, and/or workers' compensation benefits.

25.     Defendant has treated non-disabled employees and/or similarly-situated employees who were not disabled and did not request accommodations, FMLA leave and/or workers' compensation benefits more favorably.

26.     Drake has been harmed by Defendant's unlawful actions, including but not limited to, financial loss, embarrassment, humiliation, and emotional distress.

3

## LEGAL ALLEGATIONS
### Count I: ADA Violations

27.     Plaintiff hereby incorporates paragraphs one (1) through twenty-six (26) of his

Complaint.

28.     Plaintiff requested reasonable accommodations for her disabilities.

29.     Plaintiff's requests for reasonable accommodations constitute statutorily

protected activity.

30.     SMC denied Plaintiff's request, and terminated Drake due to his disability and/or

request for accommodation.

31.     SMC's discrimination against Drake was done in reckless disregard of Drake's

federally protected rights.

32.     Actions of SMC caused Drake both emotional and economic harm.

33.     Intentional and unlawful employment actions of SMC have violated Plaintiff's rights

as they are protected by the Americans with Disabilities Act (ADA), as amended 42 U.S.C. § 12101

et seq.

### Count II: FMLA Violations

34.     Drake incorporates all of the allegations set forth in paragraphs one (1) through thirty-

three (33) of this Complaint.

35.     Drake properly notified SMC of his need for leave for FMLA-qualifying reasons.

36.     SMC interfered with Drake's ability to exercise his rights under the FMLA.

37.     SMC unlawfully discriminated against and retaliated against Drake in violation of the

FMLA.

4

38.     SMC terminated Drake in retaliation for his attempt to exercise his rights under the FMLA.

39.     Retaliation by SMC against Drake violated the FMLA, 29 U.S.C. §2615(a) by discriminating against him due to his attempts to exercise her rights under the FMLA.

40.     Actions by SMC were intentional, willful, done in bad faith, and in reckless disregard of Drake' federally protected rights under the FMLA.

### Count IV: Retaliatory Discharge in Violation of Indiana Common Law
#### *(Frampton Claim)*

41.     Plaintiff hereby incorporates paragraphs one (1) through forty (40) of his Complaint.

42.     Drake requested Workers' Compensation benefits.

43.     SMC terminated Drake in retaliation for requesting Workers' Compensation.

44.     SMC acted maliciously or with reckless regard to Drake's rights as protected by Indiana common law.

45.     Drake has suffered damages as a result of SMC's unlawful actions.

### REQUESTED RELIEF

WHEREFORE, Plaintiff, Carl Drake, respectfully requests that this Court enter judgment in his favor and provide him the following relief:

1.     Reinstatement to his prior position, salary, seniority, and benefits, or pay front pay in lieu of reinstatement;

2.     Enjoin Defendants from future violations of the ADEA, ADA, and FMLA;

3.     All lost wages, benefits, compensation, and monetary loss suffered as a result of Defendants' unlawful actions;

5

4.      Compensatory, consequential, and punitive damages;

5.      Liquidated damages for intentional violations of the ADEA and FMLA;

6.      All attorneys' fees, litigation expenses, and costs incurred as a result of bringing this action;

7.      Pre- and post-judgment interest on all sums recoverable; and

8.      All other legal and/or equitable relief to which she is entitled.

Respectfully submitted,

*s/ John H. Haskin*
John H. Haskin (7576-49)

*s/ Paul A. Logan*
Paul A. Logan (17661-02)

## DEMAND FOR JURY TRIAL

Comes now the Plaintiff, Carl Drake, by counsel, and demands a trial by jury on all issues deemed so triable.

Respectfully submitted,

*s/ John H. Haskin*
John H. Haskin (7576-49)

*s/ Paul A. Logan*
Paul A. Logan (17661-02)
JOHN H. HASKIN & ASSOCIATES
255 North Alabama Street, 2nd Floor
Indianapolis, IN 46204
Telephone:     (317) 955-9500
Facsimile:     (317) 955-2570
E-Mail:        jhaskin@jhaskinlaw.com
               plogan@jhaskinlaw.com
Attorneys for Plaintiff

6

# APPEARANCE FORM (CIVIL)
## Initiating Party

Case Number:
_____ Check if *Pro Se*.


1. __CARL DRAKE_____          2._____
   Name of first initiating party          Telephone of *pro se* initiating party

*(Supply names of additional initiating parties on continuation page.)*


3. Attorney information (as applicable for service of process):

    John H. Haskin                              Atty. No: 7576-49
    Paul A. Logan                               Atty. No: 17661-02
    JOHN H. HASKIN & ASSOCIATES                 Phone: (317) 955-9500
    255 North Alabama Street, 2nd Floor    Fax:    (317) 955-2570
    Indianapolis, IN 46204                      Email:  jhaskin@jhaskinlaw.com
                                                Email: plogan@jhaskinlaw.com

*(Supply information for additional attorneys on continuation page.)*


4. Case Type requested: __PL_____          5. Will accept FAX service:__NO___
    *[See Administrative Rule 8(b)(3)]*


6. Social Security numbers of all family members in proceedings involving support issues.

Name: _____ SS# _____          Name: _____ SS# _____
    *(Supply social security numbers for additional persons on continuation page.)*


7. Are there related cases? Yes ___ No_X___          If yes, list case and number below:

    Caption _____          Case Number _____
    *(Supply information for additional related cases on continuation page.)*


8. Additional information required by state or local rule: _____
_____
_____
_____

| STATE OF INDIANA | ) | HAMILTON COUNTY SUPERIOR COURT |
|---|---|---|
| | )SS: | CIVIL DIVISION |
| COUNTY OF HAMILTON | ) | CAUSE NO: |

| | |
|---|---|
| CARL DRAKE, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CASE NO: |
| | ) |
| SMC CORPORATION OF AMERICA, | ) |
| | ) |
| **Defendant.** | ) |

# SUMMONS

**TO DEFENDANT:**  SMC Corporation of America
c/o CT
36 S. Pennsylvania Street
Indianapolis, IN  46204

You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.

The nature of the suit against you is stated in the complaint which is attached to this Summons.  It also states the relief sought or the demand made against you by the plaintiff.

An answer or other appropriate response in writing to the complaint must be filed either by your or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received my mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

If you need the name of an attorney, you may contact the Indianapolis Bar Association Lawyer Referral Service (269-2222) or the Marion County Bar Association Lawyer Referral Service (634-3950).

Dated ___9/30/2021_____          _____(Seal)

Clerk, Hamilton County Superior Court

**(The following manner of service of summons is hereby designated.)**

___X___ Registered or certified mail.

| | |
|---|---|
| John H. Haskin (7576-49) | JOHN H. HASKIN & ASSOCIATES |
| Paul A. Logan (17661-02) | 255 North Alabama Street, 2ND Floor |
| | Indianapolis, IN 46204 |
| Attorneys for Plaintiff | Tel:      317-955-9500  Fax:       317-955-2570 |



### *SHERIFF'S RETURN ON SERVICE OF SUMMONS*

I hereby certify that I have served this summons on the _____ day _____, 2021:

(1)  By delivering a copy of the Summons and a copy of the complaint to:

_____

(2)  By leaving a copy of the Summons and a copy of the complaint at: _____

_____, which is

the usual address of _____, and by mailing a copy of the Summons to:

_____at the

above address.

(3)  Other Service or Remarks:_____

_____ Sheriff of _____ County

Sheriff's Costs

         By:_____

                    Deputy

### *CLERK'S CERTIFICATE OF MAILING*

I hereby certify that on the _____ day of _____, 2021, I mailed a copy of this summons and a copy of the complaint to the registered agent for defendant,_____, by Certified Mail, Return Receipt Requested, at the address furnished by the plaintiff.

Dated:_____

                               _____

                               _____ County Clerk

                  By:_____

                            Deputy

### *RETURN ON SERVICE OF SUMMONS BY MAIL*

     I hereby certify that the attached return receipt was received by me showing that:

_____(1)  The Summons and a copy of the complaint mailed to the registered agent for defendant, _____, was accepted by the registered agent for defendant on _____.

_____(2)  The attached return receipt was received by me showing that the Summons and a copy of the complaint  mailed to the registered agent for defendant, _____, was accepted by_____ on behalf of said registered agent for defendant on _____.

_____(3)  The attached return receipt was received by me showing that the Summons and a copy of the complaint was return not accepted on _____.

_____
_____ County Clerk

                  By:_____

                            Deputy

| STATE OF INDIANA | ) | HAMILTON COUNTY SUPERIOR COURT |
|---|---|---|
| | )SS: | CIVIL DIVISION |
| COUNTY OF HAMILTON | ) | CAUSE NO: 29D01-2109-PL-007044 |

CARL DRAKE,                                    )
                                               )
            Plaintiff,                         )
                                               )
     v.                                        )
                                               )
SMC CORPORATION OF AMERICA,                    )
                                               )
            Defendant.                         )

# SUMMONS

**TO DEFENDANT:**   SMC Corporation of America
c/o CT Corporation System
334 North Senate Avenue
Indianapolis, IN 46204

You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.

The nature of the suit against you is stated in the complaint which is attached to this Summons.  It also states the relief sought or the demand made against you by the plaintiff.

An answer or other appropriate response in writing to the complaint must be filed either by your or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received my mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

If you need the name of an attorney, you may contact the Indianapolis Bar Association Lawyer Referral Service (269-2222) or the Marion County Bar Association Lawyer Referral Service (634-3950).

Dated _____10/14/2021_____                    _Kathy Kreag Williams_ (Seal)
                                                   Clerk, Hamilton County Superior Court

**(The following manner of service of summons is hereby designated.)**

___X___ Registered or certified mail.

John H. Haskin (7576-49)          JOHN H. HASKIN & ASSOCIATES
Paul A. Logan (17661-02)          255 North Alabama Street, 2ND Floor
                                  Indianapolis, IN 46204
Attorneys for Plaintiff           Tel:     317-955-9500  Fax:     317-955-2570

### *SHERIFF'S RETURN ON SERVICE OF SUMMONS*

I hereby certify that I have served this summons on the _____ day _____, 2021:

(1)  By delivering a copy of the Summons and a copy of the complaint to:

_____

(2)  By leaving a copy of the Summons and a copy of the complaint at: _____
_____, which is
the usual address of _____, and by mailing a copy of the Summons to:
_____ at the
above address.

(3)  Other Service or Remarks:_____

_____ Sheriff of _____ County
Sheriff's Costs
              By:_____
                    Deputy

### *CLERK'S CERTIFICATE OF MAILING*

I hereby certify that on the _____ day of _____, 2021, I mailed a copy of this summons and
a copy of the complaint to the registered agent for defendant,_____, by Certified
Mail, Return Receipt Requested, at the address furnished by the plaintiff.

Dated:_____

                              _____
                              _____ County Clerk
                    By:_____
                           Deputy

### *RETURN ON SERVICE OF SUMMONS BY MAIL*

    I hereby certify that the attached return receipt was received by me showing that:

_____(1)  The Summons and a copy of the complaint mailed to the registered agent for defendant,
_____, was accepted by the registered agent for defendant on _____.

_____(2)  The attached return receipt was received by me showing that the Summons and a copy of the
complaint  mailed to the registered agent for defendant, _____, was accepted
by_____ on behalf of said registered agent for defendant on _____.

_____(3)  The attached return receipt was received by me showing that the Summons and a copy of the complaint
was return not accepted on _____.

_____
_____ County Clerk
                    By:_____
                           Deputy

| | | |
|---|---|---|
| **STATE OF INDIANA** | ) | **HAMILTON COUNTY SUPERIOR COURT** |
| | )SS: | **CIVIL DIVISION** |
| **COUNTY OF HAMILTON** | ) | **CAUSE NO: 29D01-2109-PL-007044** |

**CARL DRAKE,**                               )
                                             )
                    **Plaintiff,**           )
                                             )
          **v.**                             )
                                             )
**SMC CORPORATION OF AMERICA,**              )
                                             )
                    **Defendant.**           )

# SUMMONS

**TO DEFENDANT:**   SMC Corporation of America
                    c/o CT Corporation System
                    334 North Senate Avenue
                    Indianapolis, IN 46204

You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.

The nature of the suit against you is stated in the complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the plaintiff.

An answer or other appropriate response in writing to the complaint must be filed either by your or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received my mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

If you need the name of an attorney, you may contact the Indianapolis Bar Association Lawyer Referral Service (269-2222) or the Marion County Bar Association Lawyer Referral Service (634-3950).

Dated ___10/14/2021___                    _____(Seal)
                                          Clerk, Hamilton County Superior Court

**(The following manner of service of summons is hereby designated.)**

___X___ Registered or certified mail.

John H. Haskin (7576-49)              JOHN H. HASKIN & ASSOCIATES
Paul A. Logan (17661-02)              255 North Alabama Street, 2ND Floor
                                      Indianapolis, IN 46204
Attorneys for Plaintiff               Tel:    317-955-9500  Fax:    317-955-2570

### SHERIFF'S RETURN ON SERVICE OF SUMMONS

I hereby certify that I have served this summons on the _____ day _____, 2021:

(1)  By delivering a copy of the Summons and a copy of the complaint to:

_____

(2)  By leaving a copy of the Summons and a copy of the complaint at: _____, which is

the usual address of _____, and by mailing a copy of the Summons to: _____ at the

above address.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 If Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name)   C. Date of Delivery 10-25-21<br>D. Is delivery address different from Item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>SMC Corp. of America<br>c/o CT Corp. System<br>334 N. Senate Ave<br>Indpls. IN 46204 | |
| | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 9489 0090 0027 6350 9273 83 |

PS Form 3811, February 2004       Domestic Return Receipt                 102595-02-M-1540

_____ County

a copy of this summons and _____, by Certified

ty Clerk

I hereby certify that the attached return receipt was received by me showing that:

_____(1) The Summons and a copy of the complaint mailed to the registered agent for defendant,
_____, was accepted by the registered agent for defendant on _____.

_____(2) The attached return receipt was received by me showing that the Summons and a copy of the
complaint  mailed to the registered agent for defendant, _____, was accepted
by_____ on behalf of said registered agent for defendant on _____.

_____(3) The attached return receipt was received by me showing that the Summons and a copy of the complaint
was return not accepted on _____.

_____
_____ County Clerk

By: _____
                    Deputy

STATE OF INDIANA )       IN THE HAMILTON SUPERIOR COURT
                    )SS:
COUNTY OF HAMILTON  )     CAUSE NO. 29D01-2109-PL-007044

CARL DRAKE,                        )
                                   )
              Plaintiff,           )
                                   )
    v.                             )
                                   )
SMC CORPORATION OF AMERICA,        )
                                   )
              Defendant.           )

## APPEARANCE BY ATTORNEY IN CIVIL CASE

1.   The party on whose behalf this form is being filed is:

     Initiating ____        Responding  __X__     Intervening ____; and
     the undersigned attorney and all attorneys listed on this form now appear in this case for
     the following parties:
     Name of party **Defendant, SMC Corporation of America** _____
     Address of party  *(see Question # 5 below if this case involves a protection from abuse
     order, a workplace violence restraining order, or a no-contact order)*

     _____

     Telephone # of party _____
       *(List on a continuation page additional parties this attorney represents in this case.)*

2.   Attorney information for service as required by Trial Rule 5(B)(2)

     David L. Swider                  Attorney No. 517-49
     Philip R. Zimmerly               Attorney No. 30217-06
     BOSE MCKINNEY & EVANS LLP        Phone:  (317)  684-5000
     111 Monument Circle, Suite 2700  Fax:  (317)  684-5173
     Indianapolis, IN  46204          Computer Address:
                                      DSwider@boselaw.com
                                      PZimmerly@boselaw.com


     **IMPORTANT**:  Each attorney specified on this appearance:

     (a)    certifies that the contact information listed for him/her on the Indiana Supreme
            Court Roll of Attorneys is current and accurate as of the date of this
            Appearance;

     (b)    **acknowledges that all orders, opinions, and notices from the court in this
            matter that are served under Trial Rule 86(G) will be sent to the attorney at**

**the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney**; and

(c)     understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

Attorneys can review and update their Roll of Attorneys contact information on the Courts Portal at http://portal.courts.in.gov.

3.     This is a **N/A** case type as defined in administrative Rule 8(B)(3).

4.     This case involves child support issues. Yes _____ No X *(If yes, supply social security numbers for all family members on a separately attached document filed as confidential information on* **light green paper***. Use Form TCM-TR3.1-4.)*

5.     This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order.  Yes _____ No X *(If Yes, the initiating party must provide an address for the purpose of legal service but that address should not be one that exposes the whereabouts of a petitioner.)*  The party shall use the following address for purposes of legal service:

_____     Attorney's address
_____     The Attorney General Confidentiality program address
              (contact the Attorney General at 1-800-321-1907 or e-mail address is **confidential@atg.state.in.us**).
_____     Another address (provide) _____

6.     This case involves a petition for involuntary commitment.  Yes _____ No X

If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment:

(a)     Name of the individual subject to the petition for involuntary commitment if it is not already provided in #1 above:

_____

(b)     State of Residence of person subject to petition: _____

(c)     At least one of the following pieces of identifying information:

(i)     Date of Birth _____

(ii)     Driver's License Number _____

State where issued _____ Expiration date _____

(iii)     State ID number _____

State where issued _____ Expiration date _____

2

(iv)     FBI number _____

(v)      Indiana Department of Corrections Number _____

(vi)     Social Security Number is available and is being provided in an attached confidential document Yes _____ No _____

7.     There are related cases: Yes _____ No <u>X</u> *(If yes, list on continuation page.)*

8.     Additional information required by local rule:
_____

9.     There are other party members: Yes _____ No <u>X</u> *(If yes, list on continuation page.)*

10.    This form has been served on all other parties and Certificate of Service is attached:

       Yes <u> X </u> No ___

Respectfully submitted,

/s/ *David L. Swider*
David L. Swider

/s/ *Philip R. Zimmerly*
Philip R. Zimmerly

*Attorneys for Defendant,*
*SMC Corporation of America*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 1, 2021, a copy of the foregoing "Appearance" was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

John H. Haskin, Esq.
Paul A. Logan, Esq.
John H. Haskin & Associates
255 North Alabama Street, 2nd Floor
Indianapolis, IN  46204
jhaskin@jhaskinlaw.com
plogan@jhaskinlaw.com

/s/ *David L. Swider*
David L. Swider

4229587

3