UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CARL DRAKE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 1:21-cv-02773-JMS-TAB |
| SMC CORPORATION OF AMERICA, | ) ) ) |
| Defendant. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties, by their respective counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), respectfully file their Stipulation of Dismissal with Prejudice, and stipulate that the above-captioned cause be dismissed in its entirety, with prejudice, each party to bear its own costs.

Dated: August 22, 2022     Respectfully submitted,

/s/ *Paul A. Logan   (with permission)*
John H. Haskin, Esq.
Paul A. Logan, Esq.
JOHN H. HASKIN & ASSOCIATES
255 North Alabama Street, 2nd Floor
Indianapolis, IN  46204
jhaskin@jhaskinlaw.com
plogan@jhaskinlaw.com

*Attorneys for Plaintiff*

/s/ *David L. Swider*
David L. Swider, Esq.
Philip R. Zimmerly, Esq.
BOSE McKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN  46204
dswider@boselaw.com
pzimmerly@boselaw.com

*Attorneys for Defendant*

4422676