UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CARL DRAKE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:21-cv-02773-JMS-TAB |
| | ) | |
| SMC CORPORATION OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

> Dismissal with prejudice acknowledged [21].
> JMS, DJ 8/23/22
> Distribution via ECF

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by their respective counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), respectfully file their Stipulation of Dismissal with Prejudice, and stipulate that the above-captioned cause be dismissed in its entirety, with prejudice, each party to bear its own costs.

Dated:  August 22, 2022                                  Respectfully submitted,

/s/ *Paul A. Logan   (with permission)*          /s/ *David L. Swider*
John H. Haskin, Esq.                                    David L. Swider, Esq.
Paul A. Logan, Esq.                                     Philip R. Zimmerly, Esq.
JOHN H. HASKIN & ASSOCIATES             BOSE McKINNEY & EVANS LLP
255 North Alabama Street, 2nd Floor          111 Monument Circle, Suite 2700
Indianapolis, IN  46204                              Indianapolis, IN  46204
jhaskin@jhaskinlaw.com                             dswider@boselaw.com
plogan@jhaskinlaw.com                             pzimmerly@boselaw.com

*Attorneys for Plaintiff*                              *Attorneys for Defendant*

4422676